UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEANETTE MCMAHON, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
MICHAEL MCMAHON, TRACY GROGAN,
AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF TRAVIS GROGAN,
SARAH MILLER, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
HARLEY MILLER,

                    Plaintiffs,

-vs-                                  Case No. 6:05-cv-1002-Orl-28JGG

PRESIDENTIAL AIRWAYS, INC.,
AVIATION WORLDWIDE SERVICES,
LLC, STI AVIATION, INC., AIR QUEST,
INC., BLACKWATER LODGE &
TRAINING CENTER, INC., ,

                    Defendants.

## ORDER

This cause is before the Court on Defendant Blackwater Lodge and Training Center, Inc,'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 8). Plaintiffs' filed a Notice of Consent to Court's Grant of Defendant Blackwater Lodge & Training Center, Inc.'s Motion to Dismiss (Doc. 13) stating that Plaintiffs consent to the Court granting the motion. Accordingly, Defendant Blackwater Lodge and Training Center, Inc,'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 8) is **GRANTED**. The Clerk of Court shall terminate Blackwater Lodge and Training Center as a party.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_1st\_\_\_ day of August, 2005.

                                      JOHN ANTOON II
                                      United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party