# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT - 9 2009
THOMAS K. KAHN
CLERK

09-10893-W

JEANETTE MCMAHON, as Personal Representative
of the Estate of Michael McMahon,
TRACY GROGAN, as Personal Representative
of the Estate of Travis Grogan,
ET AL.,

Plaintiffs-Appellees,

versus

PRESIDENTIAL AIRWAYS, INC.,
a Florida corporation,
AVIATION WORLDWIDE SERVICES, LLC,
a Florida limited liability company,
ET AL.,

Defendants-Appellants.

-----

On Appeal from the United States District Court for the
Middle District of Florida

-----

BEFORE:   DUBINA, Chief Judge, BIRCH and BLACK, Circuit Judges.

BY THE COURT:

Appellants' motion for leave to file under seal their reply brief and their motion to supplement the record is GRANTED, without prejudice to Appellees' right to ask

the district court to unseal the underlying portions of the record.

Appellants' motions to supplement the record on appeal and for supplemental briefing are DENIED.

Appellants' motion to stay district court proceedings is DENIED.

Appellees' motion to remand this matter to district court for the purpose of addressing Appellants' Renewed Motion to Dismiss is GRANTED, and this matter is hereby REMANDED for such purpose. The district court is directed not to schedule this case for trial until the Renewed Motion to Dismiss has been resolved.

The Clerk is directed to close the file on this appeal.

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 09, 2009

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 09-10893-EE**
Case Style: Jeanette McMahon v. Presidential Airways, Inc.
District Court Number: 05-01002 CV-JA-JGK

---

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S) 14 Vols. ROA

Exhibits - 3 sealed Env. Exhibits and 2 sealed exhibits folders

*13 vp*
*1 TnSCAT*
*5 Sealed*

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Valerie Geddis (404) 335-6143

REC-3 (06-2006)

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 09, 2009

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 09-10893-W**
Case Style: Jeanette McMahon v. Presidential Airways, Inc.
District Court Number: 05-01002 CV-JA-JGK

The enclosed certified copy of this Court's order of remand is issued as the mandate of this Court. Counsel and parties are advised that with this order of remand this appeal is concluded. If further review is to be sought in the future a timely new notice of appeal must be filed.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Valerie Geddis (404) 335-6143

Encl.

DIS-4 (4-2009)